IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY BRADLEY,
       Plaintiff,

vs.                            Case No. 3:17cv250/LAC/EMT

STEPHAN VAUGHN, et al.,
       Defendants.

_____

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff, who at the time was incarcerated at the Okaloosa County Jail, initiated this cause by filing a complaint under 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff also filed a motion for leave to proceed in forma pauperis ("IFP"), but because the supporting financial documentation was deficient, the court sent him another form with instructions and directed him to file another IFP motion (ECF No. 4).[1]  The deadline for responding to the order passed without Plaintiff paying the fee or submitting another IFP motion. Therefore, on May 30, 2017, the court ordered Plaintiff to show cause, within thirty (30) days, why this case should not be dismissed for his failure to comply with an order of the court (ECF No. 6).  That order was returned to the court as undeliverable

_____

[1] Plaintiff was informed that in the alternative he could pay the $400.00 filing fee.

with a notation on the envelope that read, "Return to Sender, Not in Jail" (*see* ECF No. 7). Plaintiff has not advised the court of an alternative or current address and, in fact, has not filed anything with the court in nearly two months.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 15th day of June 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**